UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CARL R WEBB II BOARDS,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN ENGLISH, et al.,<br><br>Defendants. | CAUSE NO. 3:24-CV-358-CCB-SJF |

## OPINION AND ORDER

Carl R Webb II Boards, a prisoner without a lawyer, began this case with a complaint that contained unrelated claims, and has since filed amended complaints that have whittled the claims down until he has chosen two sets of related claims that he wishes to proceed on. ECF 32, ECF 33. He will, therefore, be allowed to proceed in this case on what is titled his Fifth Amended Complaint, regarding his access to the law library and to the discovery in his criminal case. ECF 32. His Sixth Amended Complaint (ECF 33), concerning events that happened on December 18, 2023, will be stricken from this case and used to open a new case. *See Wheeler v. Wexford Health Sources, Inc.*, 689 F.3d 680, 683 (7th Cir. 2012).

For these reasons, the court:

(1) **DIRECTS** the clerk to separately docket the Fifth Amended Complaint (ECF 32) as an Amended Complaint;

(2) **STRIKES** the Sixth Amended Complaint (ECF 33), though it shall remain part of the record and accessible by the public; and

(3) **DIRECTS** the clerk to open a new case, with the Sixth Amended Complaint (ECF 33) as the Complaint, to be assigned a judge pursuant to the most recent General Order regarding civil case assignment.

SO ORDERED on October 28, 2025

/s/*Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT